(January 21, 2015)

■ JAMES P.A., Respondent, v LISA A.A., Respondent. RAIN V., Nonparty Appellant. [998 NYS2d 655]—

In a matrimonial action in which the parties were divorced by judgment dated November 13, 2009, and a paternity proceeding pursuant to Family Court Act article 5, which were consolidated, the parties' foster child appeals, as limited by her brief, from so much of an order of the Supreme Court, Richmond County (DiDomenico, J.), dated June 19, 2014, as denied the defendant's motion to direct the plaintiff to pay child support for the parties' foster child.

Ordered that the order is affirmed insofar as appealed from, without costs or disbursements.

As the Supreme Court correctly concluded, the defendant failed to prove that the plaintiff should be equitably estopped from denying paternity of the parties' foster child (*see Matter of Shondel J. v Mark D.*, 7 NY3d 320, 326 [2006]). Accordingly, the court properly denied the defendant's motion to direct the plaintiff to pay child support for the foster child. Leventhal, J.P., Hall, Austin and Sgroi, JJ., concur.